IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00264-CR

 

Erik Philipp,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 



From the County Court

Navarro County, Texas

Trial Court No. 60211

 



MEMORANDUM  Opinion










 

            Erik Philipp was convicted of driving
while intoxicated.  He filed a notice of appeal.  He has now filed a Motion to
Dismiss Appeal requesting this Court to withdraw the notice of appeal and
dismiss the appeal.  Philipp personally signed the Motion to Dismiss.

            Accordingly, this appeal is
dismissed.  Tex. R. App. P.
42.2(a).

 

                                                                                    TOM
GRAY

                                                                                    Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed November 19, 2008

Do
not publish

[CR25]